N THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDITH MCALLISTER                                                                                    PLAINTIFF

vs.                                          Civil No. 4:11-cv-04078

MICHAEL J. ASTRUE                                                                                  DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 10th day of July 2012.**

      s/ Barry A. Bryant
      HON. BARRY A. BRYANT
      U. S. MAGISTRATE JUDGE